UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SUSAN T. DANIELS,  ) | |
| Plaintiff,  ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v.  ) | |
| ) | **CASE NO. 5:16-CV-790-D** |
| NANCY A. BERRYHILL, Acting Commissioner  ) | |
| of Social Security,  ) | |
| Defendant.  ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings, including a new hearing.

**This Judgment Filed and Entered on February 21, 2017, and Copies To:**

Kristin Gordon                                                        (via CM/ECF electronic notification)

Leo R. Montenegro                                                (via CM/ECF electronic notification)

DATE:                                                    JULIE RICHARDS JOHNSTON, CLERK
February 21, 2017                                (By) /s/ Nicole Briggeman
                                                                  Deputy Clerk