THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-cv-00790-D

SUSAN T. DANIELS,                )
                                 )
            Plaintiff,           )
                                 )   ORDER REGARDING ATTORNEY
       v.                        )   FEES UNDER THE EQUAL
                                 )   ACCESS TO JUSTICE ACT, 28
NANCY A. BERRYHILL,              )   U.S.C. § 2412(d)
Acting Commissioner              )
of Social Security,              )
                                 )
            Defendant.           )

Upon the stipulation of the parties, it is ORDERED that Defendant pay Plaintiff five thousand dollars ($5,000.00) in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

Pursuant to *Comm'r of Soc. Sec. v. Ratliff*, 560 U.S. 2521 (2010), the fee award will first be subject to offset of any debt Plaintiff may owe to the United States. If such a debt exists, the debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's attorney. If Plaintiff does not owe a federal debt, the Commissioner will honor the agreement between Plaintiff and her attorney, and the fees will be made payable to and delivered to Plaintiff's attorney.

JAMES C. DEVER III
Chief United States District Judge