UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SUSAN T. DANIELS, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:16-CV-790-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay Plaintiff five thousand dollars ($5,000.00) in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. The fee award will first be subject to offset of any debt Plaintiff may owe to the United States. If such a debt exists, the debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's attorney. If Plaintiff does not owe a federal debt, the Commissioner will honor the agreement between Plaintiff and her attorney, and the fees will be made payable to and delivered to Plaintiff's attorney.

**This Judgment Filed and Entered on April 17, 2017, and Copies To:**

| | |
|---|---|
| Kristin Gordon | (via CM/ECF electronic notification) |
| Leo R. Montenegro | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE:<br>April 17, 2017 | PETER A. MOORE, JR., CLERK<br>(By) /s/ Nicole Briggeman<br> Deputy Clerk |